UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  14-CV-62746-

WILLIAM L. TAYLOR,

    Plaintiff,

vs.

SUNRISE CANTINA, INC. and
ESPOSITO ENTERPRISES, INC.,

    Defendants.

_____/

## NOTICE OF SETTLEMENT

Plaintiff, WILLIAM L. TAYLOR ("Plaintiff"), by and through the undersigned counsel, hereby notifies this Court that Plaintiff has reached settlement of all issues pertaining to his case against Defendants, SUNRISE CANTINA, INC. and ESPOSITO ENTERPRISES, INC.

Plaintiff and Defendants, SUNRISE CANTINA, INC. and ESPOSITO ENTERPRISES, INC, are presently preparing a formal settlement agreement for signature and intend to file a notice of dismissal with prejudice once the agreement is finalized.

Respectfully submitted this 7th day of January, 2015.

/s/ Douglas S. Schapiro, Esq.
DOUGLAS S. SCHAPIRO, ESQ.
Florida Bar No: 54538
Schapiro Law Group, P.L.
21301 Powerline Road, Suite 106
Boca Raton, FL 33433
T: (561) 807-7388
F: (810) 885-5279
Schapiro@schapirolawgroup.com

**CERTIFICATE OF SERVICE**

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was filed electronically using the CM/ECF system on this 7th day of January, 2015.

/s/ Douglas S. Schapiro, Esq.
DOUGLAS S. SCHAPIRO, ESQ.
Florida Bar No: 54538
Schapiro Law Group, P.L.
21301 Powerline Road, Suite 106
Boca Raton, FL 33433
T: (561) 807-7388
F: (810) 885-5279
Schapiro@schapirolawgroup.com