UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 0:14-CV-62746-ROSENBERG/BRANNON**

WILLIAM L. TAYLOR,

    Plaintiff,

v.

SUNRISE CANTINA, INC., &
ESPOSITO ENTERPRISES, INC.,

    Defendants.
_____/

**ORDER ADMINISTRATIVELY CLOSING CASE**

This cause is before the Court *sua sponte*. The Court has been informed that the Parties have reached a settlement agreement and/or the case has been dismissed. Having been informed that the parties are in agreement and have resolved all disputes, it is hereby

**ORDERED AND ADJUDGED:**

1. This case is **ADMINISTRATIVELY CLOSED**.

2. The Parties are instructed to immediately file any appropriate pleadings related to the dismissal of this action.

3. All pending motions are **DENIED AS MOOT** and all deadlines are terminated.

4. The Clerk is instructed close this case.

**DONE and ORDERED** in Chambers, Fort Pierce, Florida, this 8th day of January, 2015.

                                                _____
                                              ROBIN L. ROSENBERG
                                              UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record