UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 14-CV-62746-RLR

WILLIAM L. TAYLOR,

    Plaintiff,

v.

SUNRISE CANTINA, INC. and
ESPOSITO ENTERPRISES, INC.

    Defendants.
_____/

## ORDER APPROVING CONSENT DECREE AND DISMISSAL OF DEFENDANTS WITH PREJUDICE

**THIS CAUSE** is before the Court on the Plaintiff's Unopposed Motion to Approve Consent Decree and Dismiss Defendants with Prejudice [D.E. # 9]. The Court has carefully considered the unopposed Motion and the Consent Decree attached to the unopposed Motion as Exhibit "1", and is otherwise fully advised in this matter. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Unopposed Motion to Approve Consent Decree and Dismiss Defendant with Prejudice is hereby **GRANTED**.

2. The Court hereby **APPROVES** the Consent Decree, Defendants SUNRISE CANTINA, INC. and ESPOSITO ENTERPRISES, INC. are hereby **DISMISSED WITH PREJUDICE**.

3. The Court Retains jurisdiction to enforce the Consent Decree.

4. Each party to bear their own attorney's fees and costs except as detailed in the parties' Consent Decree.

5. All pending motions are hereby **DENIED AS MOOT**.

6. This case is **CLOSED**.

    **DONE AND ORDERED** in Chambers, at Fort Pierce, Florida this 12th day of January, 2015.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of record